LeRoy Stein, Respondent, v. Charles E. Hart, Appellant.— Appeal from an order of Chemung County Special Term, dated November 13, 1948, directing the examination before trial of the defendant as to his financial status. The action is brought for legal services rendered defendant's wife in successfully opposing a proceeding instituted by the defendant to set aside an annulment decree granted defendant's wife against a prior husband. Since the action was brought under the common-law theory that a husband is liable for necessaries furnished to his wife, the husband's financial status is part of the plaintiff's affirmative case. (*Easton* v. *Simpson*, 182 Misc. 405, affd. 267 App. Div. 1047.) The information sought is therefore "material and necessary" (Civ. Prac. Act, § 288). Order affirmed and stay heretofore granted vacated, with $10 costs and disbursements to the plaintiff-respondent. Foster, P. J., Heffernan, Deyo, Santry and Bergan, JJ., concur.

In the Matter of Statira Ervay, Respondent, against City of Ithaca, Appellant.— Appeal from an order of Tompkins County Special Term, entered in the Office of the Tompkins County Clerk on the 18th day of November, 1947, which granted permission to claimant to file a notice of claim against the City of Ithaca, New York, on the ground that she was physically unable to file such claim within the sixty-day period provided by section 50-e of the General Municipal Law. Order unanimously affirmed, with $10 costs and disbursements. Present — Foster, P. J., Heffernan, Deyo, Santry and Bergan, JJ.

The People of the State of New York, Respondent, v. Lawrence W. Archambault, Appellant.— Appeal from an order of the County Court, Albany County, denying defendant's application *coram nobis* to vacate and set aside several criminal convictions and sentences. Defendant claims that all the proceedings referred to were invalid because he was not afforded a preliminary examination before a committing magistrate prior to the time of his indictment and also on the ground that he was not arraigned immediately after his arrest. Order unanimously affirmed. Present — Foster, P. J., Heffernan, Brewster, Deyo and Santry, JJ.

In the Matter of the Estate of Horace McCredy, Deceased. Mary Wright, as Administratrix of the Estate of Horace McCredy, Deceased, Appellant; Merton L. McCredy, Respondent.— Motion for leave to appeal to the Court of Appeals denied, with $10 costs to respondent. Present — Foster, P. J., Brewster, Deyo, Santry and Bergan, JJ. [See *ante,* p. 363.]

## Fourth Deartment, January, 1949.

### (January 19, 1949.)

City of Buffalo, Respondent, v. Spann Realty Corporation et al., Appellants.— Order affirmed, with $10 costs and disbursements. All concur. (The order vacates an order to show cause and the stay contained therein, and denies a motion by the hotel corporation to open the default and for permission to answer, in a tax lien foreclosure.) Present — Taylor, P. J., McCurn, Vaughan, Kimball and Piper, JJ.